CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose Emilio Garcia-Fraire<br>YOB: 1978; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-07059MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 7, 2022, at or near Cowlic, in the District of Arizona, **Jose Emilio Garcia-Fraire**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on December 15, 2004, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Emilio Garcia-Fraire** is a citizen of Mexico. On December 15, 2004, **Jose Emilio Garcia-Fraire** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On February 7, 2022, agents found **Jose Emilio Garcia-Fraire** in the United States at or near Cowlic, Arizona, without the proper immigration documents. **Jose Emilio Garcia-Fraire** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>February 8, 2022 |